LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 13-05106-BRO (JCGx) | Date | October 29, 2013 |
|---|---|---|---|
| Title | Daniel Ramirez v. Techtronic Industries Co., Ltd. et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

**ORDER RE DEFENDANT'S MOTION TO STRIKE PUNITIVE DAMAGES (filed 9/27/2013) [14]**

Defendant HOME DEPOT, USA, INC. filed a Motion to Dismiss on September 27, 2013, which is set for hearing on November 4, 2013. The Court has not received Plaintiff's Opposition to defendant's Motion to Strike. Plaintiff's opposition was due October 14, 2014.

Plaintiff is ORDERED to show cause why this case should not be dismissed and/or the Motion to Strike should not be granted. Plaintiff must respond to this order no later than the close of business on Thursday, October 31, 2013.

Failure to file a response risks dismissal of the entire action.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |